# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA MONTANEZ,<br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security Administration**,<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO. 18-1314 |

## O R D E R

**AND NOW**, this 14th day of March, 2019, upon consideration of Plaintiff's Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated February 22, 2019, there being no objections notwithstanding the passage of time for filing objections, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated February 22, 2019, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects; and,

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells dated February 22, 2019.

                                              **BY THE COURT:**

                                              **/s/ Hon. Jan E. DuBois**

                                                **DuBOIS, JAN E., J.**